STATE OF NORTH CAROLINA v. ISIAH PETERSON, JR.

No. 7212SC107

(Filed 29 March 1972)

APPEAL by defendant from *Hall, Judge,* 27 September 1971 Session, CUMBERLAND Superior Court.

By indictment proper in form defendant was charged with (1) felonious possession of marijuana in excess of one gram, (2) felonious possession of heroin and (3) felonious transportation of marijuana and heroin. Defendant pleaded guilty to the possession of heroin charge and the State entered a *nolle prosequi* to the other charges contained in the bill of indictment. After due inquiry as to the voluntariness of the plea and hearing testimony, the court adjudged that defendant be imprisoned for a term of not less than two and not more than four years with recommendation that defendant be granted the option

of serving the sentence under the work release plan. Defendant appealed.

*Attorney General Robert Morgan by William Lewis Sauls, Associate Attorney, for the State.*

*James Godwin Taylor, Assistant Public Defender, for defendant appellant.*

BRITT, Judge.

Defendant's court appointed counsel concedes that he can find no error in this case. We too have carefully examined the record and find no prejudicial error.

The judgment appealed from is

Affirmed.

Judges CAMPBELL and GRAHAM concur.